The Honorable Mary Jo Heston
Chapter 7
Hearing Date: October 8, 2019
Hearing Time: 9:00 a.m.
Location: Tacoma, Courtroom H
Response Deadline: October 1, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>MICHAEL ANTONIO WILLIAMS,<br>Debtor. | Case No. 20-41330-MJH<br><br>DECLARATION OF KATHY ELLIS IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO AND MOTION TO LIMIT DEBTOR'S CHAPTER 7 DISCHARGE UNDER 11 U.S.C. §§ 524 AND 727(A)(8) |

I, Kathryn A. Ellis, declare:

1. I am over the age of 18 and am competent to make this declaration. I make this declaration based on my personal knowledge.

2. I am the chapter 7 trustee in this case.

3. On June 30, 2020, I conducted the section 341 meeting of creditors (the "Creditor's Meeting") of the debtor, Michael Antonio Williams (the "Debtor"). Ellen Brown represents the Debtor and was present at the Creditor's Meeting.

4. The Debtor testified at the Creditor's Meeting that:

    a. he is married, and not separated; and

    b. his spouse previously filed for bankruptcy.

5. Based on the Debtor's testimony at the Creditor's Meeting and the information in his petition, I searched the electronic court filing system for information on the spouse's prior

ELLIS DECLARATION IN SUPPORT OF MOTION
TO DENY DISCHARGE UNDER 11 U.S.C. §
727(A)(8) - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

bankruptcy, and confirmed that Tamera Williams filed a chapter 7 petition on May 5, 2017, under case no. 17-41789.

6. According to the case docket in case no. 17-41789, Tamera Williams received a discharge in that case on August 14, 2017.

I declare under penalty of perjury that the foregoing in true and correct to the best of my knowledge and belief.

Executed this 21st th day of July 2019, in Seattle, Washington.

/s/ Kathryn A. Ellis
Kathryn A. Ellis
Chapter 7 Trustee

ELLIS DECLARATION IN SUPPORT OF MOTION
TO DENY DISCHARGE UNDER 11 U.S.C. §
727(A)(8) - Page 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)