Entered on Docket July 23, 2020

**Below is the Order of the Court.**

_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 20-41330-MJH |
|---|---|
| MICHAEL ANTONIO WILLIAMS, <br><br> Debtor(s). | AGREED ORDER GRANTING UNITED STATES TRUSTEE'S OBJECTION AND LIMITING CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(A)(8) |

THIS MATTER came before the Court before the Court on the United States Trustee's Objection to and Motion to Limit Chapter 7 Discharge under 11 U.S.C. 727(a)(8) (the "Motion"), the United States Trustee having appeared through it counsel, Matthew J.P. Johnson, and the Debtor having appeared through his counsel, Ellen Brown, the Court, having reviewed the Motion, any evidence filed in support of and in opposition to the Motion, and the filings of record in this matter,

NOW THEREFORE, based on the foregoing, the Court HEREBY ORDERS, ADJUDGES AND DECREES THAT:

A: The Motion is GRANTED;

B. The injunction set forth in 11 U.S.C. § 524(a)(3) in this case does not apply in this case;

C. The Debtor is GRANTED a limited chapter 7 discharge of his separate debts only, if any; and

ORDER GRANTING OBJECTION AND LIMITING
DISCHARGE UNDER 11 U.S.C. § 727(A)(8)  - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

D.  This Order is without prejudice to the Debtor's ability to seek a discharge in a subsequent case filed at least 8 years after the petition date in this case.

/// END OF ORDER ///

Respectfully submitted by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee

Agreed to/Notice of Presentment Waived by:

/s/ Ellen Brown
Ellen Brown, WSBA #27992
Attorney for Debtor(s)

ORDER GRANTING OBJECTION AND LIMITING
DISCHARGE UNDER 11 U.S.C. § 727(A)(8)  - Page 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)